IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT McINTOSH #795107 | § | |
| v. | § | CIVIL ACTION NO. 6:09cv444 |
| WARDEN RAYMOND THOMPSON, ET AL. | § | |

## FINAL JUDGMENT

The above-styled civil action having come before the Court for consideration, and a decision having been duly rendered, it is hereby

ORDERED and ADJUDGED that no relief is granted to the Plaintiff and that the above-styled civil action is hereby DISMISSED with prejudice as frivolous and for failure to state a claim upon which relief may be granted.

**SIGNED this 31st day of January, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE